UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE ESTATE OF GERALDINE TOPOLNICKI, et al., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 3-15-00058<br>) Senior Judge Haynes<br>) |
| BANK OF AMERICA, NA, et al., | )<br>) |
| Defendants. | ) |

## ORDER

Before the Court is is the Magistrate Judge's Report and Recommendation (Docket Entry No. 25) to dismiss this action without prejudice for failure to prosecute. Plaintiffs have not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED**. Defendant Lawrence Wisniewski's motion to dismiss (Docket Entry No. 11) and motion to order joinder of a required party and, alternatively, motion to dismiss (Docket Entry No. 16) are **DENIED as moot**. This action is **DISMISSED without prejudice.**

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___ day of July, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge